United States Court of Appeals
 For The District of Columbia Circuit
 
 
 
No. 02-5052 September Term, 2001
 97cv01978
 98cv01693

 Filed On: August 8, 2002 [694602]
Timothy C. Pigford, et al.,
 Appellees

 v.

Ann M. Veneman, Secretary, United States
Department of Agriculture,
 Appellant

__________________________________________
Consolidated with 02-5053

 BEFORE: Sentelle, Randolph, and Tatel, Circuit Judges

 O R D E R

 Upon consideration of the motion to correct opinion before publication, it is

 ORDERED that the motion be granted and the opinion filed on June 21, 2002 be
amended as follows:

 The first full sentence of the last paragraph on page 4 now reads: 

 The decree provided for class counsel to receive an advance payment of $1
million in fees to cover decree "implementation."

 

 Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:
Michael C. McGrail
Deputy Clerk